**Dismissed and Opinion Filed October 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00365-CV

**TAMEKA STAPLES, Appellant**
**V.**
**E.H. WALSH CCP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01350-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The docketing statement and clerk's record in this case are past due. By postcard dated April 1, 2016, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated July 20, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation she had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed,

appellant has not provided the required documentation, nor has appellant otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


160365F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TAMEKA STAPLES, Appellant

No. 05-16-00365-CV     V.

E.H. WALSH CCP, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-16-01350-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee E.H. WALSH CCP recover its costs of this appeal from appellant TAMEKA STAPLES.

Judgment entered October 25, 2016.